WILLIAM J. BULMAN v.
JOSEPH M. MC CRANE, TREASURER

June 29, 1973. Certification to Superior Court, Chancery Division granted.

STATE OF NEW JERSEY v. BRIAN REDINGER.

June 29, 1973. Certification to Bergen County Court granted.

ASSOCIATION OF NEW JERSEY STATE COLLEGE FACULTIES, INC. v. RALPH A. DUNGAN, CHANCELLOR.

June 13, 1973. Certification to Department of Higher Education granted.

IRENE ROTHMAN v. GEORGE IRVING ROTHMAN.

May 15, 1973. Certification to Superior Court, Chancery Division granted.